**95–823.** Olmsted Twp. Bd. of Trustees v. Berea. *Cuyahoga County,* No. 67797. This cause is pending before the court as a discretionary appeal and cross-appeal. Upon consideration of appellees/cross-appellants' application to dismiss their cross-appeal,

IT IS ORDERED by the court that the application to dismiss cross-appeal be, and hereby is, granted, effective June 5, 1995.

IT IS FURTHER ORDERED by the court that the appeal of the city of Berea et al. remains pending.